**FILED**

FEB 2 2 2007

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM FAGG, SR.,

    Plaintiff,

-vs-

SUPER FOOD SERVICES, INC.,
A Delaware corporation,
NASH-FINCH COMPANY,
A Delaware corporation, and
LIBERTY BANKERS LIFE INSURANCE
COMPANY, an Iowa corporation,
Jointly and Severally,

    Defendants.

Docket No. **07-10785**

Case No. 06-62287-NO
Hon. Robert L. Kaczmarek

JUDGE THOMAS L. LUDINGTON

MAGISTRATE JUDGE
CHARLES E. BINDER

---

| | |
|---|---|
| GERALD H. ACKER (P32973)<br>Attorney for Plaintiff<br>Goodman Acker, P.C.<br>17000 West Ten Mile Road, 2nd Floor<br>Southfield, Michigan 48075<br>(248) 483-5000 | JOHN M. McMANUS (P44102)<br>Attorney for Defendant, Nash-Finch Company<br>McManus Law, PLLC<br>999 Haynes Street, Suite 205<br>Birmingham, Michigan 48009<br>(248) 642-5288 |

---

### STATEMENT OF DISCLOSURE OF
### CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to LR 83.4, JOHN M. MCMANUS, makes the following disclosure:

1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes _____      No __X__

    If the answer is Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

2.     Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation:

Yes_____                                No __X____

      If the answer is Yes, list the identity of such corporate or affiliate and the nature of the financial interest:

_____      _____
Signature of Counsel                                              Date
JOHN M. MCMANUS